An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,

vs.

THE HONORABLE LYNNE K. SIMONS, DISTRICT JUDGE; AND THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE,
Respondents.

No. 68120

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This original pro se petition seeks a writ of mandamus directing the district court to rule on petitioner's summary judgment and NRCP 60(b) motions. Since filing this writ petition, however, petitioner filed a notice of appeal in Docket No. 68567, challenging the district court's order denying his NRCP 60(b) motion, which was entered following the district court's order granting the defendants' motion to dismiss and denying all other pending motions in the underlying case. As petitioner has already received the relief he requests in this petition, his writ petition is moot. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) (providing that a case is moot when a live controversy no longer exists). Accordingly, we

ORDER this petition DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-27655

cc: Hon. Lynne K. Simons, District Judge
John Francis Arpino
Attorney General/Carson City
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A